IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Spencer Moore and Timothy Timmons as Personal Representative of the Estate of Latisha Clement, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 4:11-cv-469-TLW |
| Nationwide Insurance Company of America and Christopher Moody, | ) ) ) | |
| Defendants. | ) ) ) ) | **ORDER** |

This matter is now before the Court for consideration of Defendant Nationwide Insurance Company of America's motion to dismiss Plaintiffs' Complaint. (Doc. # 8). Plaintiffs filed a response to the motion to dismiss and a motion to remand to state court as to defendant Moody. (Doc. # 10). In the response, Plaintiffs consent to the dismissal of Nationwide as a defendant. Accordingly, Nationwide's motion to dismiss is **GRANTED**.

Defendant Moody has not filed a response to Plaintiffs' motion to remand. This Court finds that with the dismissal of Defendant Nationwide, it lacks subject matter jurisdiction over this case. Accordingly, Plaintiffs motion to remand is **GRANTED**. (Doc. # 10). This case is hereby **REMANDED** to the Circuit Court for Marion County.

**IT IS SO ORDERED**.

　　　　s/Terry L. Wooten　　　　
　　　　TERRY L. WOOTEN
　　　　United States District Judge

July 6, 2011
Florence, South Carolina